# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR M. VARGAS, | ) | 1:03-CV-05086 LJO JMD HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION FOR |
| | ) | CERTIFICATE OF APPEALABILITY AS |
| v. | ) | MOOT |
| | ) | |
| E.S. ALAMEIDA, JR, et al., | ) | [DOCUMENT #21] |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 27, 2008, Petitioner filed a motion for certificate of appealability. The Court, however, already denied issuance of a certificate of appealability in its July 28, 2008 order adopting the Findings and Recommendation. (Court Doc. 18.) Petitioner's subsequent motion for a certificate of appealability is therefore DENIED as moot.

IT IS SO ORDERED.

**Dated:   September 3, 2008**              /s/ John M. Dixon
                                             UNITED STATES MAGISTRATE JUDGE